1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PETER JON ELLIS,                          Case No.  2:22-cv-00823-JDP (PC)

12                    Plaintiff,                 ORDER GRANTING PLAINTIFF'S
                                                 MOTION TO AMEND THE COMPLAINT
13           v.                                  AND DENYING HIS MOTION TO
                                                 APPOINT COUNSEL
14    COUNTY OF EL DORADO, *et al.*,
                                                 ECF Nos. 7 & 8
15                    Defendants.
                                                 THIRTY-DAY DEADLINE
16

17

18           Plaintiff Peter Jon Ellis is proceeding without counsel in this civil rights action brought

19    under 42 U.S.C. § 1983.  ECF No. 1.  Before the court screened his complaint, plaintiff filed a

20    motion to amend it.  ECF No. 8.  The Federal Rules of Civil Procedure permit plaintiff to amend

21    his complaint as a matter of course before service of a responsive pleading.  *See* Fed. R. Civ. P.

22    15(a).  Accordingly, his motion to amend is granted, and plaintiff shall file an amended complaint

23    within thirty days of this order's entry.  Plaintiff is advised that his amended complaint will

24    supersede his original complaint.

25           Plaintiff has also moved for the appointment of counsel.  ECF No. 7.  Plaintiff does not

26    have a constitutional right to appointed counsel in this action, *see Rand v. Rowland*, 113 F.3d

27    1520, 1525 (9th Cir. 1997), and the court lacks the authority to require an attorney to represent

28    plaintiff.  *See Mallard v. U.S. Dist. Ct. for the S. Dist. of Iowa*, 490 U.S. 296, 298 (1989).  The

court can request the voluntary assistance of counsel. *See* 28 U.S.C. § 1915(e)(1) ("The court may request an attorney to represent any person unable to afford counsel"); *Rand*, 113 F.3d at 1525. But without a means to compensate counsel, the court will seek volunteer counsel only in exceptional circumstances. In determining whether such circumstances exist, "the district court must evaluate both the likelihood of success on the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." *Rand*, 113 F.3d at 1525 (internal quotation marks and citations omitted).

Having considered these factors, the court does find not that there are exceptional circumstances warranting appointment of counsel. Plaintiff's motion is therefore denied as to his request for appointment of counsel.

It is ORDERED that:

1. Plaintiff's motion to amend the complaint, ECF No. 8, is granted.

2. Plaintiff shall file an amended complaint within thirty days of this order's entry.

3. Plaintiff's motion for appointment of counsel, ECF No. 7, is denied without prejudice.

IT IS SO ORDERED.

Dated:    June 10, 2022                                    _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE

2