Peter Ellis ID #142427
Name and Prisoner/Booking Number

El Dorado County Jail
Place of Confinement

1051 Al Tahoe Blvd F-7
Mailing Address

South Lake Tahoe CA 96150
City, State, Zip Code

**FILED**

DEC 22 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER JON ELLIS,
(Full Name of Plaintiff)     Plaintiff,

v.

(1) Placerville police officer Andy Litzius,
(Full Name of Defendant)

(2) Jane Doe

(3) _____

(4) _____
                Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-0823 JDP (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Placerville CA

Revised 3/15/2016                                1

## B. DEFENDANTS

1. Name of first Defendant: __Andy litzius__. The first Defendant is employed as: __PPD Officer__ at __Placerville Police Department__.
   (Position and Title)                        (Institution)

2. Name of second Defendant: __Jane Doe__. The second Defendant is employed as: __Sheriff's tect.__ at __El Dorado County Sheriff's Dept__.
   (Position and Title)                        (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                        (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                        (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

Claim 1
#3 Supporting Facts continued:

loss of time to expend towards schooling, loss of time of companionship with friends and family, exzacerbrating prexisting condition of bipolar 1 inducing shock, grief, anxiety, depression, trust insecur ordeal, mortification, fuegnt and inflided emotional distress inducing "Anger" saddness, hopessness frustration, caution, suspicion

Claim 1

#4 Injury continued

and inflicted emotional distress, inducing Anger, Sadness, hopelessness, frustration, caution, fear

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 4th Amendment under Federal and State constitutions.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: False imprisonment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    The Honorable Mark Ralphs @ El Dorado County Superior court ruled on a requested warrant by the the Court (date is currently unavailable. The Plaintiff was arrested by the P.P.D. Dept. and taken to El Dorado County Jail Placerville Facility and was booked. Then the Plaintiff went before Judge Mark Ralphs @ El Dorado county superior court Dept 7 2850 Fairlane court, Placerville CA 95667 and this Judge did "OR" Plaintiff at which point the warrant was recalled should have computed and recalled the warrant, but didn't and Plaintiff was released from custody. Placerville Police officer Andy Litzius" did stop Plaintiff, ran his name and seen that there was an outstanding warrant for his arrest. Litzius" lacked to his knowledge the fact that this was the same warrant that was issued on date? and that Plaintiff was arrested on date? and was brought before Judge Ralphs who ordered the warrant to be recalled, which wasn't, and ordered him released on "own Recognizance" and that he spent #two days in Jail deprived of his freedom to work, school, or be with family and friends, and the information behind the issuance was for a Probation violation of absconding and this was sufficient enough for Litzius" being prudent and having wisdom in knowing who to contact to fact check what Plaintiff was advising him, of as a practical matter, to believe that Plaintiff was still wanted and was still engaging in the offense of absconding. This had the adverse effect on plaintiffs freedom with false imprisonment for two days, with loss of time to earn employment wages, with

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Adverse effect on freedom with false imprisonment for 2 days, with loss of time to earn employment wages, with loss of time to expend towards schooling, loss of companionship with friends and family, exacerbated pre existing condition bi-polar 1 inducing shock, grief, anxiety, depression, trust insecurity, ordeal, mortification

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Fear of further retaliation.

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: <u>8th Amendment under Federal and State Constutions</u>.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Marsville Police Officer Andy Litzius had used his tazer on me after a foot chase. He was brand new as a member of law enforcement and his training officer said "taze him" and he did with my hands up. I did file a complaint that was unfounded due to the fact that he made contact with me and jumped out of his police car and started to come at me in a hostile manner and said "are you talking shit about me". I then said you tazed me with my hands up. He then said that "it is what it is". Since this he has sought me out and has fabricated charges and taken me to jail for crimes that I did not committ. He was told that the warrent had been recalled by Judge Mark Ralphs and with a proper fact check with the Court would have shown that the warrent had been recalled. Their is a long standing pattern of his abuse and delibirative indifferant to his treatment to me. Me as a member of law enforcement. Through review of police and court records I would currently be able to show this long standing pattern of abuse of authority.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). My right to be free from Cruel and Unusual Punishment.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim II?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Fear of further retaliation.</u>

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: __4th and 8th Amend. under Federal and State Constitutions__

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __Malicious Arrest__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The defendent has taken the Plaintiff into custody for problems with the Plaintiff the unrelated to Criminal activity. These dates and information are currently unavable pending the Courts review by Subpoena. The Police and Court would show a long standing pattern of abuse of the Defendants authority to the Plaintiff.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Adverse effect on Freedom with the malicious arrests. Adverse impact on the Plaintiffs Pre-existing mental health condition of A.D.H.D and bipolar I disorder.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Claim III?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __Fear of Further retaliation.__

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

•Nominal damages $1 •Compensatory damages $200,000 •Economical damages $100,000 •Punitive Damages $300,000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/19/2022
DATE

Peter Jon Ellis
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6