UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JON ELLIS,<br><br>              Plaintiff,<br><br>       v.<br><br>COUNTY OF EL DORADO, *et al.*,<br><br>              Defendants. | Case No.  2:22-cv-00823-JDP (PC)<br><br>ORDER |

On February 23, 2023, I screened plaintiff's complaint and notified him that he may either proceed only with his excessive force claim against defendant Litzius or delay service and file another amended complaint. ECF No. 20. I granted him thirty days to comply. To date, plaintiff has not filed a response.

To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Plaintiff will be given a chance to explain why the court should not dismiss the case for

1

his failure to either notify that court that he wishes to proceed only with his excessive force claim or file an amended complaint. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with court orders. Should plaintiff wish to continue with this lawsuit, he shall file, within twenty-one days, either notify that court that he wishes to proceed only with his excessive force claim or file an amended complaint.

IT IS SO ORDERED.

Dated:   May 12, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE