1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PETER JON ELLIS,                              No.  2:22-cv-00823-DJC-JDP (PC)

12             Plaintiff,

13        v.                                       ORDER REFERRING CASE TO POST-
                                                   SCREENING EARLY ADR AND STAYING
14   COUNTY OF EL DORADO, *et al.*,                CASE FOR 120 DAYS

15             Defendants.

16

17        Plaintiff is a county inmate, proceeding without counsel.  Defendant has waived service of

18   process.

19        The undersigned is referring all post-screening civil rights cases filed by pro se inmates to

20   Post-Screening Early ADR (Alternative Dispute Resolution) in an effort to resolve such cases

21   more expeditiously and less expensively.  No defenses or objections shall be waived by their

22   participation.

23        As set forth in the screening order, plaintiff has stated a potentially cognizable civil rights

24   claim.  Thus, the court stays this action for a period of 120 days to allow the parties to investigate

25   plaintiff's claims, meet and confer, and then participate in a settlement conference.

26        There is a presumption that all post-screening prisoner civil rights cases assigned to the

27

28

                                                   1

1    undersigned will proceed to settlement conference.[1]  However, if after investigating plaintiff's

2    claims and speaking with plaintiff, and defense counsel in good faith finds that a settlement

3    conference would be a waste of resources, defense counsel may move to opt out of Early ADR.

4    A motion to opt out must be filed within sixty days of the date of this order.

5          Once the settlement conference is scheduled, at least seven days prior to the conference,

6    the parties shall submit to the settlement judge a confidential settlement conference statement.

7    The parties' confidential settlement conference statements shall include the following: (a) names

8    and locations of the parties; (b) a short statement of the facts and alleged damages; (c) a short

9    procedural history; (d) an analysis of the risk of liability, including a discussion of the efforts

10   made to investigate the allegations; and (e) a discussion of the efforts that have been made to

11   settle the case.  Defendant shall e-mail the settlement conference statement to the settlement

12   judge's e-mail box for proposed orders, available on the court's website.  Plaintiff shall place his

13   settlement conference statement in the U.S. mail addressed to the settlement conference judge,

14   United States District Court, 501 I Street, Sacramento, CA  95814.  Plaintiff shall mail his

15   settlement conference statement so that it is received by the court at least seven days before the

16   settlement conference.

17         In accordance with the above, IT IS HEREBY ORDERED that:

18         1.  This action is stayed for 120 days to allow the parties an opportunity to settle their

19   dispute before the discovery process begins.  Except as provided herein or by subsequent court

20   order, no other pleadings or other documents may be filed in this case during the stay of this

21   action.  The parties shall not engage in formal discovery, but the parties may elect to engage in

22   informal discovery.

23         2.  Within sixty days from the date of this order, defendants shall file any motion to opt

24   out of Post-screening Early ADR.

25         3.  At least seven days prior to the settlement conference, each party shall submit a

26   confidential settlement conference statement, as described above, to the settlement judge.

27

28         [1] If the case does not settle, the court will set a date for the filing of a responsive pleading.

2

1   Defendant shall e-mail the settlement conference statement to the settlement judge's proposed

2   orders e-mail address.  Plaintiff shall place his settlement conference statement in the U.S. mail

3   addressed to the settlement judge, United States District Court, 501 I Street, Sacramento, CA

4   95814.  Plaintiff shall mail his settlement conference statement so that it is received by the court

5   at least seven days before the settlement conference.

6          4.  If a settlement is reached at any point during the stay of this action, the parties shall file

7   a Notice of Settlement in accordance with Local Rule 160.

8          5.  The parties remain obligated to keep the court informed of their current addresses at all

9   times during the stay and while the action is pending.  Any change of address must be reported

10  promptly to the court in a separate document captioned for this case and entitled "Notice of

11  Change of Address."  *See* L.R. 182(f).

12

13  IT IS SO ORDERED.

14

    Dated:     November 5, 2023                    _____
15                                                  JEREMY D. PETERSON
16                                                  UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28